UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

```
FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

16 MAR 18 PM 3: 33

SOUTHERN DISTRICT
   OF INDIANA
LAURA A. BRIGGS
       CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) Cause No.  1:16-cr-00_____-SEB-_____ |
| DEIDRE ORKMAN, and | ) ) |
| *Defendant*. | ) ) |

1:16-cr-0056 SEB -DML

INFORMATION

COUNT 1
18 U.S.C. §1951
(Conspiracy to Interfere with Interstate Commerce by Robbery)

The Grand Jury charges that:

On or about June 8, 2015, in Marion County, in the Southern District of Indiana,

DEIDRE ORKMAN

Defendant herein, did unlawfully and knowingly conspire to obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that DEIBRE ORKMAN did conspire with MAURICE GREER, and CHRISTOPHER DAVIS, to unlawfully take and obtain personal property, including U.S. currency, from the person and in the presence of an employees of the Walmart store located at 5835 West 10th Street, Indianapolis, Indiana, by means of actual or threatened violence;

All in violation of Title 18, United States Code, Section 1951.

## FORFEITURE ALLEGATION

1. The allegations contained in this information are realleged as if fully set forth herein, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).

2. If convicted of any offense set forth in this indictment, Defendant herein shall forfeit to the United States any firearm or ammunition involved in or used in such offense.

*[signature]*
Josh J. Minkler
United States Attorney

STATE OF INDIANA       )
                       )   SS:
COUNTY OF MARION       )

Matthew J. Rinka, being first duly sworn, upon his oath deposes and says that he is an Assistant United States Attorney in and for the Southern District of Indiana, that he makes this affidavit for and on behalf of the United States of America and that the allegations in the foregoing Information are true as he is informed and verily believes.

_____
Matthew J. Rinka
Assistant United States Attorney

Subscribed and sworn to before me, a notary public, on this 18th day of March, 2016.

_____
Guey Jen Yang
Notary Public

My Commission Expires:

June 27, 2022

My County of Residence:

Hendricks

**GUEY JEN YANG**
Notary Public, State of Indiana
Hendricks County
Commission # 653454
My Commission Expires
June 27, 2022